ROBERT A. WATSON, Appellant, v. WILLIAM GILLESPIE et al., Respondents.

*Appeal — motion to dismiss appeal from order of Appellate Division reversing on facts and dismissing complaint denied.*

Reported below, 205 App. Div. 613.

(Argued October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from a judgment, entered June 12, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint.

The motion was made upon the ground that the reversal was solely upon the facts.

*R. Randolph Hicks* for motion.

*David Paine* opposed.

Motion denied, with ten dollars costs.